FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08-CV-00659 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

LISA N. ROY, ADN, RN,

    Plaintiff,

v.

ADIRONDACK MEDICAL CENTER,
USA GOVT, Washington D.C.,
STATE OF NEW YORK,
REFORMS INT'L LABOR DEPT., Albany, N.Y., and
NYS HUMAN RIGHTS COMMISSION,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a motion seeking leave to proceed *in forma pauperis* and a complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month

|       |    | period immediately preceding this filing |
|-------|----|------------------------------------------|
| (4)   | __ | is missing required financial information |
| (5)   | __ | is missing an original signature by the prisoner |
| (6)   | xx | is not on proper form (must use the court's current form) |
| (7)   | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (8)   | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9)   | __ | other: |

**Complaint, Petition or Application:**
| (10)  | __ | is not submitted |
|-------|----|------------------|
| (11)  | xx | is not on proper form (must use the court's current form) |
| (12)  | __ | is missing an original signature by the prisoner |
| (13)  | __ | is missing page nos. ___ |
| (14)  | __ | uses et al. instead of listing all parties in caption |
| (15)  | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16)  | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17)  | __ | names in caption do not match names in text |
| (18)  | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Title VII Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the action will be dismissed without further notice. The dismissal shall be without prejudice.

2

DATED at Denver, Colorado, this 28th day of March, 2008.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. '08 - CV - 00659

Lisa N. Roy
PO Box 1173
Saranac Lake, NY 12983

I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint** to the above-named individuals on 4-1-08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk