IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00659-BNB

LISA N. ROY, AND, RN,

    Plaintiff,

v.

ADIRONDACK MEDICAL CENTER,
USA GOVT, Washington D.C.,
STATE OF NEW YORK,
REFORMS INT'L LABOR DEPT., Albany, N.Y., and
NYS HUMAN RIGHTS COMMISSION,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 9 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Lisa N. Roy initiated this action by filing *pro se* a motion seeking leave to proceed *in forma pauperis* and a complaint. In an order filed on April 1, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Roy to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland directed Ms. Roy to file on the proper forms a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Ms. Roy was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

On May 5, 2008, Ms. Roy filed a document that appears to be an "Additional Affidavit." She has failed to file either a Title VII Complaint or a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed. Therefore, the complaint

and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motion seeking leave to proceed *in forma pauperis* filed on March 24, 2008, is denied as moot.

DATED at Denver, Colorado, this 9 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00659-BNB

Lisa N. Roy
PO Box 1173
Saranac Lake, NY 12983

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/9/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk